# *United States Bankruptcy Court*
### *Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Emina Huskic
47 Gant Circle
Streamwood, IL 60107

SSN: xxx−xx−8944  EIN: N.A.

Case No. : 19−17637
Chapter : 13
Judge :   Jacqueline P. Cox

---

Debtor's Attorney:
David H Cutler
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076

847−673−8600

Trustee:
Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

312 294−5900

## RENOTICE CONFIRMATION HEARING

Please take notice that the confirmation hearing date has been reset for:

August 19, 2019 10:30 AM
219 South Dearborn, Courtroom 680, Chicago, IL 60604

For the Court,

Dated: July 17, 2019

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                 Case No. 19-17637-JPC
Emina Huskic                                                           Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: ckeith              Page 1 of 2              Date Rcvd: Jul 17, 2019
                              Form ID: rencnhrg         Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2019.
```
db           +Emina Huskic,    47 Gant Circle,    Streamwood, IL 60107-2504
27947610      Aanchor Health,    1186 Roosevelt Road,    Glen Ellyn, IL 60137-6058
27947611      Ace Health Center,    1640 N Arlington Heights,    #110,    Arlington Heights, IL 60004-3985
27947612      Advantage Health,    203 E Irving Park Rd,    Wood Dale, IL 60191-2045
27947613      Affiliated Health Group,    1640 N Arlington Heights,    #110,    Arlington Heights, IL 60004-3985
27947614     +Allnce Col,    Po Box 506,    Richmond, IL 60071-0506
27954077     +EAW Holdings,    935 N Central Ave,    Wood Dale, IL 60191-1218
27947630     +First Premier Bank,    Attn: Bankruptcy,    Po Box 5524,    Sioux Falls, SD 57117-5524
27966168     +FlexShopper, LLC,    901 Yamato Road,    Suite 201,    Boca Raton, FL 33431-4497
27947633     +Illinois Tollway,    111 W Jackson Blvd,    Chicago, IL 60604-3589
27947635     +MidAmerica Bank & Trust Company,    Attn: Bankruptcy,    216 West Second St,
               Dixon, MO 65459-8048
27947636     +Monterey Financial Services,    4095 Avenida De La Plata,    Oceanside,, CA 92056-5802
27947637     +Santander Consumer USA,    Attn: Bankruptcy,    Po Box 961245,    Fort Worth, TX 76161-0244
27976832     +Santander Consumer USA Inc.,    an Illinois corporation,    d/b/a Chrysler Capital,
               PO Box 961275,    Fort Worth, TX 76161-0275
27947638     +Sheila Nelson,    48 N Victoria Lane,    Streamwood, IL 60107-2534
27947640    ++TEMPOE LLC DBA WHY NOT LEASE IT,    ATTN BOB HOLWADEL,    720 EAST PETE ROSE WAY SUITE 400,
               CINCINNATI OH 45202-3576
             (address filed with court: Tempoe,     1750 Elm St,    #1200,    Manchester, NH 03104)
27947641     +Total Card,    Po Box 85710,    Sioux Falls, SD 57118-5710
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
27947617      E-mail/Text: dreeves@austincapitalbank.com Jul 18 2019 02:10:53     Austin Capital Bank,
               Attn: Bankruptcy Dept,    8100 Shoal Creek Blvd,    Austin, TX 78757
27947615     +E-mail/Text: ally@ebn.phinsolutions.com Jul 18 2019 02:11:01     Ally Financial,
               Attn: Bankruptcy Dept,    Po Box 380901,    Bloomington, MN 55438-0901
27947616     +E-mail/Text: agency@americanfirstfinance.com Jul 18 2019 02:13:59     Amer Fst Fin,
               7330 W. 33rd Street,    Wichita, KS 67205-9369
27947618     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 18 2019 02:07:12     Capital One,
               Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
27947619     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 18 2019 02:11:52     Comenity Bank/Ann Taylor,
               Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
27947620     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 18 2019 02:11:52     Comenity Bank/Express,
               Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
27947621     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 18 2019 02:11:52     Comenity Childrens Place,
               Po Box 182120,    Columbus, OH 43218-2120
27947622     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 18 2019 02:11:52     Comenity NY&C,
               Po Box 182789,    Columbus, OH 43218-2789
27947623     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 18 2019 02:11:52     Comenity/Capital/MPRC,
               Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
27947624      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 18 2019 02:11:53     Comenitybank/New York,
               Attn: Bankruptcy,    Po Box 18215,    Columbus, OH 43218
27947625     +E-mail/Text: bankruptcy@cbtno.com Jul 18 2019 02:14:34     Crescent Bank & Trust, Inc.,
               Attn: Bankruptcy,    Po Box 61813,    New Orleans, LA 70161-1813
27947626      E-mail/Text: mrdiscen@discover.com Jul 18 2019 02:11:03     Discover Credit,    Po Box 15316,
               Wilmington, DE 19850
27947627      E-mail/Text: mrdiscen@discover.com Jul 18 2019 02:11:03     Discover Financial,
               Attn: Bankruptcy Department,    Po Box 15316,    Wilmington, DE 19850
27980993      E-mail/Text: mrdiscen@discover.com Jul 18 2019 02:11:03     Discover Bank,
               Discover Products Inc.,    PO Box 3025,    New Albany, OH 43054-3025
27947628     +E-mail/Text: bknotice@ercbpo.com Jul 18 2019 02:12:42     ERC/Enhanced Recovery Corp,
               Attn: Bankruptcy,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
27947629     +E-mail/Text: bnc-bluestem@quantum3group.com Jul 18 2019 02:13:45     Fingerhut,
               Attn: Bankruptcy,    6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
27947631     +E-mail/Text: bankruptcy@flexshopper.com Jul 18 2019 02:14:37     Flex Shopper,
               2700 North Military Trail,    #200,    Boca Raton, FL 33431-6394
27947632     +E-mail/Text: GenesisFS@ebn.phinsolutions.com Jul 18 2019 02:14:30     Genesis Bc/Celtic Bank,
               Attn: Bankruptcy,    Po Box 4477,    Beaverton, OR 97076-4401
27947634     +E-mail/Text: GenesisFS@ebn.phinsolutions.com Jul 18 2019 02:14:31     Indigo,    Po Box 4499,
               Beaverton, OR 97076-4499
27952726     +E-mail/PDF: gecsedi@recoverycorp.com Jul 18 2019 02:06:22     Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
27947639     +E-mail/PDF: gecsedi@recoverycorp.com Jul 18 2019 02:06:46     Synchrony Bank/Walmart,
               Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
27947642     +E-mail/Text: External.Collections@phoenix.edu Jul 18 2019 02:14:00     University Of Phoenix,
               Attn: Bankruptcy,    1625 W Fountainhead Pkwy,    Tempe, AZ 85282-2371
                                                                                              TOTAL: 22
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1          User: ckeith              Page 2 of 2              Date Rcvd: Jul 17, 2019
                              Form ID: rencnhrg         Total Noticed: 39
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2019 at the address(es) listed below:
              David H Cutler    on behalf of Debtor 1 Emina  Huskic cutlerfilings@gmail.com,
               r48280@notify.bestcase.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Tom   Vaughn    ecf@tvch13.net, ecfchi@gmail.com
                                                                                             TOTAL: 3